UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK


USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/30/2020

UNITED STATES OF AMERICA

-v-

LESTER GRAHAM,

Defendant.

No. 10-cr-555 (RJS)
ORDER

RICHARD J. SULLIVAN, Circuit Judge:

The Court is in receipt of a petition for early termination of supervised release from the U.S. Probation Department. IT IS HEREBY ORDERED THAT the Supervisee, U.S. Probation Officer from the Middle District of Pennsylvania, U.S. Probation Officer from the Southern District of New York, and government shall appear for a telephonic conference with the Court on January 31, 2020 at 2:00 p.m. The parties and Probation are instructed to call 1-888-363-4749 and use access code 3290725.

SO ORDERED.

Dated:      January 30, 2020
            New York, New York

RICHARD J. SULLIVAN
UNITED STATES CIRCUIT JUDGE
Sitting by Designation