UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK



UNITED STATES OF AMERICA

-v-

LESTER GRAHAM,

                Defendant.

No. 10-cr-555 (RJS)
ORDER

RICHARD J. SULLIVAN, Circuit Judge:

For the reasons stated on the record during the January 31, 2020 conference, IT IS HEREBY ORDERED THAT that the petition for early termination of supervised release is GRANTED.

SO ORDERED.

Dated:    January 31, 2020
            New York, New York

RICHARD J. SULLIVAN
UNITED STATES CIRCUIT JUDGE
Sitting by Designation